SOUTHERN DISTRICT OF OHIO EASTERN DIVISION

**1661, INC. D/B/A GOAT, A DELAWARE CORPORATION**

   *Plaintiff(s) / Petitioner(s)*

v.

   Case No.: 2:24-cv-00078-MHW-KAJ

**GOATLIFT, LLC, AN OHIO LIMITED LIABILITY COMPANY; AND DOES 1-10,**

   *Defendant(s) / Respondent(s)*

## AFFIDAVIT OF SERVICE

I, Monica Corpening, being duly sworn, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to Goatlift, LLC in Cuyahoga County, OH on January 10, 2024 at 3:10 pm at 1991 Crocker Road, #600-755, Westlake, OH 44145 by leaving the following documents with Mary B who as Secretary is authorized by appointment or by law to receive service of process for Goatlift, LLC.

Complaint
Summons
Corporate Disclosure
Cover Sheet

White Female, est. age 45-54, glasses: N, Brown hair, 140 lbs to 160 lbs, 5' 3" to 5' 6".
Geolocation of Serve: https://google.com/maps?q=41.462963898,-81.9499007582
Photograph: See Exhibit 1

I DECLARE UNDER PENALTY OF PERJURY THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in

   Cuyahoga County   ,

   OH   on   1/11/2024   .

/s/ *Monica Corpening*
Signature
Monica Corpening
+1 (216) 870-6390



Exhibit 1a)