UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| 1661, INC. d/b/a GOAT, a Delaware corporation,<br><br>                Plaintiff,<br><br>v.<br><br>GOATLIFT, LLC, an Ohio limited liability company; and DOES 1-100,<br><br>                Defendants. | Case No.: 2:24-cv-00078-MHW-KAJ<br><br>Judge: Hon. Michael H. Watson |

## REQUEST FOR ENTRY OF DEFAULT

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, Plaintiff 1661, Inc. d/b/a GOAT ("GOAT") respectfully requests that the Clerk enter default in this matter against Defendant Goatlift, LLC ("Defendant"). Defendant has failed to appear, answer, or otherwise respond to GOAT's Complaint.

1. GOAT filed its Complaint against Defendant on January 9, 2024. *See* Dkt. No. 2.

2. On January 10, 2024, Defendant was served with the Summons and Complaint via its agent for service of process, United States Corporation Agents, Inc. *See* Dkt. No. 5.

3. Defendant's response to the Complaint was due January 31, 2024. *See* Declaration of Kevin T. Shook in Support of Request for Entry of Default ¶ 4. Defendant failed to file a response by this deadline. *Id.*

4. To date, Defendant has not appeared, answered, or otherwise responded to the Complaint. *Id.* ¶ 5.

Accordingly, GOAT, respectfully requests that the Clerk enter Default against Defendant Goatlift, LLC.

| | |
|---|---|
| Dated: February 5, 2024 | /s/ Kevin T. Shook<br>Kevin T. Shook (0073718) (Trial Attorney)<br>Samantha M. Quimby (0081968)<br>FROST BROWN TODD LLP<br>One Columbus, Suite 2300<br>10 West Broad Street<br>Columbus, Ohio 43215-3484<br>Direct: (614) 559-7214<br>Ph: (614) 464-1211<br>Fax: (614) 464-1737<br>kshook@fbtlaw.com<br><br>*Attorneys for Plaintiff*<br>1661, INC. d/b/a GOAT |

EN01519.Public-01519   4886-3372-6370v2
2/5/2024

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| 1661, INC. d/b/a GOAT, a Delaware corporation,<br><br>                Plaintiff,<br><br>v.<br><br>GOATLIFT, LLC, an Ohio limited liability company; and DOES 1-100,<br><br>                Defendants. | Case No.: 2:24-cv-00078-MHW-KAJ<br><br>Judge: Hon. Michael H. Watson |

## DECLARATION OF KEVIN T. SHOOK IN SUPPORT OF REQUEST FOR ENTRY OF DEFAULT

I, Kevin T. Shook, declare as follows:

1. I am a partner with the law firm of Frost Brown Todd LLP, counsel for Plaintiff 1661, Inc. d/b/a GOAT ("GOAT") in this action. I am licensed to practice law in the State of Ohio and admitted before this Court.

2. GOAT filed its Complaint against Defendant Goatlift, LLC ("Defendant") on January 9, 2024. *See* Dkt. No. 2.

3. On January 10, 2024, Defendant was served with the Summons and Complaint via its agent for service of process, United States Corporation Agents, Inc. *See* Dkt. No. 5.

4. Defendant's response to the Complaint was due January 31, 2024. Defendant failed to file a response by this deadline.

5. To date, Defendant has not appeared, answered, or otherwise responded to the Complaint.

6. I declare under penalty of perjury that the foregoing is true and correct.

Executed this 5th day of February, 2024 at Columbus, Ohio.

_____
Kevin T. Shook

0155258.0777692  4871-1663-3762v1
2/5/2024