# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| 1661, INC. d/b/a GOAT, a Delaware corporation,<br><br>                Plaintiff,<br><br>    v.<br><br>GOATLIFT, LLC, an Ohio limited liability company; and DOES 1-100,<br><br>                Defendants. | Case No.: 2:24-cv-00078-MHW-KAJ<br><br>Judge: Hon. Michael H. Watson |

## ENTRY OF DEFAULT

This matter is before the Court upon the Request for Entry of Default filed by Plaintiff 1661, Inc. d/b/a GOAT ("Plaintiff"). The Defendant Goatlift, LLC ("Defendant") has failed to timely appear, answer or otherwise respond to the Complaint. Now, therefore, in accordance with Rule 55(a) of the Federal Rules of Civil Procedure, default is hereby entered against Defendant.

Served this _____ day of _____, 2024.

                                              Richard W. Nagel
                                              Clerk of the Court
                                              United States District Court
                                              Southern District of Ohio

Date:_____            By:_____
                                                 Deputy Clerk