UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| 1661, Inc., | : | |
| Plaintiff, | : | Case No.   2:24-cv-78 |
| vs | : | Judge Watson |
| Goatlift, LLC, et al., | : | Magistrate Judge Jolson |
| Defendants. | | |

## ENTRY OF DEFAULT

It appearing that the Defendant Goatlift, LLC, is in default, having failed to plead or otherwise defend in this cause as required by law; Now, therefore, in accordance with Rule 55 (a) of the Federal Rules of Civil Procedure, Default is hereby entered against this Defendant on this 5th day of February, 2024.

Richard W. Nagel, Clerk
United States District Court
Southern District of Ohio

By: /s/ Melissa Saddler
Melissa Saddler, Deputy Clerk