UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| 1661, INC. d/b/a GOAT, a Delaware corporation,<br><br>      Plaintiff,<br><br>  v.<br><br>GOATLIFT, LLC, an Ohio limited liability company; and DOES 1-100,<br><br>      Defendants. | Case No.: 2:24-cv-00078-MHW-KAJ<br><br>Judge: Michael H. Watson |

**MOTION FOR ADMISSION *PRO HAC VICE* FOR ADAM A. HERRERA**

Pursuant to S.D. Ohio Civ. R. 83.3(e) and 83.4(a), Kevin T. Shook, trial attorney for 1661, Inc. d/b/a GOAT ("GOAT"), in the above-referenced action, hereby moves the court to admit Adam A. Herrera, *pro hac vice*, to appear and participate as counsel or co-counsel in this case for GOAT.

Movant represents that Mr. Herrera is a member in good standing of the highest court of California as attested by the accompanying certificate from that court and that Mr. Herrera is not eligible to become a member of the permanent bar of this Court. This Motion is accompanied by the required filing fee.

Mr. Herrera's relevant identifying information is as follows:

  Business telephone:  (858) 523-5400  Business fax:  (858) 523-5450

  Business Address:  Latham & Watkins LLP, 12670 High Bluff Drive, San Diego, CA 92130

  Business email address:  *adam.herrera@lw.com*

|  |  |
|---|---|
| Dated:  February 6, 2024 | /s/ Kevin T. Shook<br>Kevin T. Shook (0073718) (Trial Attorney)<br>Samantha M. Quimby (0081968)<br>FROST BROWN TODD LLP<br>One Columbus, Suite 2300<br>10 West Broad Street<br>Columbus, Ohio 43215-3484<br>Direct: (614) 559-7214<br>Ph:  (614) 464-1211<br>Fax:  (614) 464-1737<br>kshook@fbtlaw.com<br><br>*Attorneys for Plaintiff*<br>1661, INC. d/b/a GOAT |

0155258.0777692   4887-7237-9043v1
2/5/2024