## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

|  |  |
|---|---|
| 1661, INC. d/b/a GOAT, a Delaware corporation, <br><br>                 Plaintiff, <br><br>        v. <br><br> GOATLIFT, LLC, an Ohio limited liability company; and DOES 1-100, <br><br>                 Defendants. | Case No.: 2:24-cv-00078-MHW-KAJ <br><br> Judge: Michael H. Watson |

### MOTION FOR ADMISSION *PRO HAC VICE* FOR JENNIFER L. BARRY

Pursuant to S.D. Ohio Civ. R. 83.3(e) and 83.4(a), Kevin T. Shook, trial attorney for 1661, Inc. d/b/a GOAT ("GOAT"), in the above-referenced action, hereby moves the court to admit Jennifer L. Barry, *pro hac vice*, to appear and participate as counsel or co-counsel in this case for GOAT.

Movant represents that Ms. Barry is a member in good standing of the highest court of California as attested by the accompanying certificate from that court and that Ms. Barry is not eligible to become a member of the permanent bar of this Court.  This Motion is accompanied by the required filing fee.

Ms. Barry's relevant identifying information is as follows:

    Business telephone:    (858) 523-5400         Business fax:  (858) 523-5450

    Business Address:  Latham & Watkins LLP, 12670 High Bluff Drive, San Diego, CA 92130

    Business email address:  *jennifer.barry@lw.com*

Dated:  February 6, 2024

/s/ Kevin T. Shook
Kevin T. Shook (0073718) (Trial Attorney)
Samantha M. Quimby (0081968)
FROST BROWN TODD LLP
One Columbus, Suite 2300
10 West Broad Street
Columbus, Ohio 43215-3484
Direct: (614) 559-7214
Ph:  (614) 464-1211
Fax:  (614) 464-1737
kshook@fbtlaw.com

*Attorneys for Plaintiff*
1661, INC. d/b/a GOAT

0155258.0777692   4862-2477-7891v1
2/5/2024

2