## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| 1661, INC. d/b/a GOAT, a Delaware corporation,<br><br>                Plaintiff,<br><br>    v.<br><br>GOATLIFT, LLC, an Ohio limited liability company; and DOES 1-100,<br><br>                Defendants. | Case No. 2:24-cv-00078-MHW-KAJ<br><br>Judge: Michael H. Watson |

### **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF DOES 1-100**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff 1661, Inc. d/b/a GOAT dismisses this action against Defendants DOES 1-100 without prejudice.

Dated: February 27, 2024

/s/*Kevin T. Shook*
Kevin T. Shook (0073718) (Trial Attorney)
Samantha M. Quimby (0081968)
FROST BROWN TODD LLP
One Columbus, Suite 2300
10 West Broad Street
Columbus, Ohio 43215-3484
Direct: (614) 559-7214
Ph:  (614) 464-1211
Fax:  (614) 464-1737
kshook@fbtlaw.com
squimby@fbtlaw.com


Jennifer L. Barry (*admitted pro hac vice*)
Adam A. Herrera (*admitted pro hac vice*)
LATHAM & WATKINS LLP
12670 High Bluff Drive
San Diego, CA 92130
Ph:  (858) 523-5400

US-DOCS\148794678.1

2

Fax:  (858) 523-5450
jennifer.barry@lw.com
adam.herrera@lw.com

*Attorneys for Plaintiff*
1661, INC. d/b/a GOAT