**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **1661, INC.,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| | : | **Case No. 2:24-cv-78** |
| **v.** | : | **Judge Michael H. Watson** |
| | : | **Magistrate Judge S. Courter M. Shimeall** |
| | : | |
| **GOATLIFT, LLC, *et al.*,** | : | |
| | : | |
| **Defendants.** | : | |

## ORDER

On March 27, 2024, the Honorable Michael H. Watson ordered a stay of this action pending a final adjudication by the Trademark Trial and Appeal Board ("TTAB") in a trademark opposition proceeding.  (ECF No. 13.)  Plaintiff was further ordered to file a status report every ninety days as to the status of the TTAB opposition proceeding.  (*Id.*)  Pursuant to this Court's Order,  Plaintiff filed a status report on December 5, 2025 (ECF No. 20), representing that the TTAB proceeding was final and requesting guidance as to its pending motion for default judgment.  (ECF No. 11.)

Upon review, the Court finds that the conditions warranting a stay of this proceeding are no longer needed and **HEREBY LIFTS** the **STAY**.  Further, given that significant time has lapsed between the initial filing of Plaintiff's Motion for Default Judgment (ECF No. 11) and the final adjudication by the TTAB, the Court hereby **DENIES WITHOUT PREJDUCE** Plaintiff's Motion for Default Judgment, subject to refiling an updated, comprehensive motion.  Plaintiff is instructed to file a renewed motion for default judgment within twenty-one (21) days of the date of this Order if it still seeks such relief.

**IT IS SO ORDERED.**

2

_/s/ S. Courter M. Shimeall_
**S. COURTER M. SHIMEALL**
**UNITED STATES MAGISTRATE JUDGE**